FILED

2010 MAY -6 A 10: 08

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF CV 10 80 103 MISC VRW

LAURENCE DAVID KING,

State Bar No 206423

ORDER

_____/

The court having been informed of the following:

1.   Laurence David King was admitted to practice in the State of California on April 15, 2000 and has been in good standing since that date;

2.   Mr King was never admitted to practice before the bar of this court;

3.   Despite being unauthorized to practice before this court, Mr King has appeared in approximately 90 cases filed in this court since March 2000.   Many of these cases are still pending.

4.   On or about April 21, 2010 Mr King filed a petition to practice before this court.   It would appear this marked the first time Mr King sought admission to the bar of this court.

Now, therefore, Mr King is directed to appear in person before the undersigned on Thursday, May 27, 2010 at 10:00 am, Courtroom 6, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and show cause, if any, why he should not be sanctioned under Civ LR 11-8 for having filed and maintained actions

1 in this court when he was not authorized to practice before it.

2      The clerk is directed to provide a copy of this order to

3 all district, magistrate and bankruptcy judges in the Northern

4 District of California.

5      IT IS SO ORDERED.

6

7                                  **VAUGHN R WALKER**

                                **United States District Chief Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            2

**United States District Court**
For the Northern District of California