IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

LAURENCE DAVID KING                    No   Misc 10-80103 VRW

   State Bar No 206423                 ORDER

_____/

       On May 6, 2010, the court ordered Laurence David King to show cause why he should not be sanctioned under Civ LR 11-8 for having filed and maintained actions before this court when he was not authorized to practice before it.  Doc #1.

       Mr King responded to the order to show cause in writing on May 21, 2010, Doc #2, and through counsel appeared before the undersigned on May 27, 2010.  Mr King declared that he has long been aware of the requirements practice before this court and that "to the best of [his] recollection [he] applied for and was granted admission to practice in this District shortly after [his] admission to the California State Bar in April 2000."  Doc #2 at 4

**United States District Court**
For the Northern District of California

¶3. Mr King explained that he attempted to locate the paperwork to support his application and admission but was unable to do so. Id at 5 ¶6. Mr King declared that he "believed honestly and in good faith that [he] was a member in good standing of the Bar of this Court." Id at 6 ¶7. Mr King has been an active member in good standing of the State Bar of California since April 15, 2000. Id at 4 ¶4.

The court credits the declaration of Mr King. While Mr King's conduct in not maintaining a record of his admission may have been negligent, it does not rise to the level of willfulness necessary to impose sanctions under Civ LR 11-8. See <u>Zambrano v City of Tustin</u>, 885 F2d 1473, 1483-1484 (9th Cir 1989). Accordingly, the court will not impose sanctions except require Mr King to remit promptly to the clerk the fee for admission to the bar of this court.

Good cause appearing, the order to show cause is hereby DISCHARGED. The clerk is DIRECTED to process Mr King's pending application for admission to the bar of this court nunc pro tunc to April 15, 2000.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge